**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH KNEBL, | )<br>) |
| Petitioner, | )   2:11-cv-00673-PMP-GWF<br>) |
| vs. | )   **ORDER**<br>) |
| DOUGLAS GILLISPIE, *et al.*, | )<br>) |
| Respondents. | ) |

Petitioner, a Nevada prisoner, has filed a petition for writ of habeas corpus (docket #1-1). On May 11, 2011, this court denied petitioner's application to proceed *in forma pauperis* because the information provided about his financial status indicated that he was able to pay the full fee pursuant to 28 U.S.C. § 1915 (docket #2).

On July 11, 2011, petitioner filed a letter with the court in which he stated that he no longer has sufficient funds in his inmate account to pay the $5.00 filing fee (docket #5). Petitioner is first cautioned that such a letter is an improper ex parte communication with the court. Local Rule 7-6(a). The court does not conduct litigation by letter. If petitioner seeks action by this court he shall file a motion. Second, petitioner is advised that if he currently is unable to pay the $5.00 filing fee, he shall file a new, fully completed application to proceed *in forma pauperis*, including a financial certificate signed by an authorized prison officer and inmate account statements.

**IT IS THEREFORE ORDERED** that petitioner shall have **thirty (30) days** from the date this order is entered to either (1) pay the $5.00 filing fee or (2) submit a new, fully completed application to proceed *in forma pauperis*, including a financial certificate signed by an authorized prison

officer showing the status of petitioner's prison account. Failure to take one of these actions within the time allowed may result in dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner the approved form for an application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk shall **SEND** to petitioner two copies of this order. If petitioner wishes to pay the five dollar ($5) filing fee (the first option, above), petitioner must make the necessary arrangements to have one copy of this order, along with a check in the amount of the full $5 filing fee, sent to the court, by sending a copy of the order with a "brass slip" to Inmate Services for issuance of the check.

DATED: July 12, 2011.

PHILIP M. PRO
United States District Judge

2