# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH KNEBL, | ) | |
| Petitioner, | ) | 2:11-cv-00673-PMP-GWF |
| vs. | ) | **ORDER** |
| DOUGLAS GILLISPIE, *et al.*, | ) | |
| Respondents. | ) | |

Petitioner Joseph Knebl has filed a petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254. On August 18, 2011, this court issued an Order to show cause as to why the petition should not be dismissed for failure to exhaust state remedies (docket #8).

On September 15, 2011 petitioner filed a motion to move Clark County District Court Clerk to produce records of filings (docket #12). This court lacks jurisdiction to direct the Clark County District Court Clerk to produce such records. Accordingly, petitioner's motion is denied.

Moreover, the deadline for petitioner's response to the Order to show cause has passed. The court grants petitioner an additional fifteen (15) days from the date this Order is entered to file such proof as he may have to demonstrate that he has exhausted his state remedies.

**IT IS THEREFORE ORDERED** that petitioner's motion to move Clark County District Court Clerk to produce records of filings (docket #12) is **DENIED**.

/ / /

/ / /

**IT IS FURTHER ORDERED** that petitioner shall have **fifteen (15) days** from the entry of this Order to respond to this court's Order dated August 18, 2011 (docket #8) to show cause and file such proof he may have to demonstrate that his appeal before the Nevada Supreme Court has been decided

**IT IS FURTHER ORDERED** that if petitioner files such proof, respondents shall have **twenty (20) days** to file a response to petitioner's proof.

**IT IS FURTHER ORDERED** that if petitioner is unable to demonstrate that he has exhausted his state remedies, the court will enter an order dismissing the petition.

DATED: September 29, 2011.

_____
PHILIP M. PRO
United States District Judge